UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NORMAN BROOKS, III,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NA,<br><br>Defendant. | Case No.: 3:20-cv-1348-RSH-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[ECF No. 90] |

After considering the Parties' joint motion to dismiss with prejudice [ECF No. 90], the Court **GRANTS** the motion. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action **WITH PREJUDICE**. Each party shall bear their own costs and attorneys' fees. The Court directs the Clerk to close this case.

**SO ORDERED**.

Dated: April 18, 2023.

*Robert S. Huie*

Hon. Robert S. Huie
United States District Judge